**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

---

| | |
|---|---|
| Defendant: | **Rackspace Technology Global, Inc. fdba Rackspace Hosting, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113170 | $299,203.27 | 3/15/2023 | B1-65312714 | 2/1/2023 | $4,284.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113170 | $299,203.27 | 3/15/2023 | B1-65196270_2 | 2/1/2023 | $379,053.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113064 | $168,234.64 | 3/10/2023 | B1-64694131 | 1/1/2023 | $58,684.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113064 | $168,234.64 | 3/10/2023 | B1-64122007 | 12/1/2022 | $109,549.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113051 | $463,186.86 | 3/10/2023 | B1-65196270_1 | 2/1/2023 | $379,053.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113051 | $463,186.86 | 3/10/2023 | B1-64603180 | 1/1/2023 | $379,053.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113040 | $126,684.50 | 3/10/2023 | B1-63526057 | 11/1/2022 | $126,684.50 |

Totals:    4 transfer(s),    $1,057,309.27